Mary McNamara, SBN 147131
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MICHAEL ORTIZ, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 12-0119 SI |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING JOINDERS** |
| v. | |
| MICHAEL ORTIZ, SR., et al., | |
| Defendants. | |

The Court hereby ORDERS that all defendants in the above-captioned matter shall be deemed to have joined any motion filed by a codefendant, except where a defendant specifically notifies the Court in writing that he or she does not join such motion.

IT IS SO ORDERED.

Dated:  7/5/12

_____
Hon. Susan Illston
United States District Court

Approved as to form:

_____/s/_____
W.S. Wilson Leung
Assistant United States Attorney