1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   W.S. WILSON LEUNG (CABN 190939)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6758
       Facsimile: (415) 436-6753
8      E-Mail: wilson.leung@usdoj.gov

9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0119-SI |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| JOSEPH ORTIZ, et al., | ) | TO PRESERVE ALL NOTES TAKEN BY LAW ENFORCEMENT OFFICERS AND ALL |
| | ) | PHYSICAL EVIDENCE SEIZED, |
| | ) | PROCESSED, OR EXAMINED BY |
| Defendants. | ) | FEDERAL, STATE, AND LOCAL |
| | ) | AGENCIES |
| _____ | ) | |

With the agreement of the parties, and with the consent of the defendant Joseph Ortiz, the Court enters the following Order:

1. That any law enforcement office or agency, including any laboratory, medical examiner, or coroner, that has conducted examinations or tests of case evidence, involved in the investigation of the above-captioned matter, namely defendants Joseph Ortiz, Victor Flores, Justin Whipple, Benjamin Campos-Gonzalez, Michael Ortiz, Jr., Michael Ortiz, Sr., Armando Acosta, Giovanni Rimando Ascencio, Raymond Hembry, James Hembry, Richard Martinez, Rodrigo Aguayo, Gregorio Guzman, Mario Bergren, Andrew Bryant, Peter Davis, Louis

Rodriguez, Tanya Rodriguez, and Betty Ortiz, shall retain all officers' notes, reports, laboratory/medical examiner/coroner materials and notes, and physical evidence pertinent to the above-captioned matter until further order of the Court;

    2. That the United States Attorney's Office shall cause a copy of this Order to be served upon Homeland Security Investigations, South San Francisco Police Department, Daly City Police Department, and other federal, state, and local law enforcement agencies involved in the investigation of the above-captioned matter to the best of their knowledge within twenty one days of it being filed with the clerk of the court;

    3. That should any office, agency, agent, or officer object to any portion of this Order, such objection can be brought to the attention of the Court in writing, either through the office of the United States Attorney, or directly by the office, agency, officer, or agent;

    4. This stipulation is not a concession by the government, or by any of the governmental agencies, that the notes and other materials to be preserved are subject to discovery or disclosure.

IT IS SO STIPULATED.

Dated: July 23, 2012              /s/
                                        Acadia L. Senese
                                        W.S.Wilson Leung
                                        Assistant United States Attorneys

Dated: July 23, 2012              /s/
                                        Shawn Halbert, Esq.
                                        Edward A. Smock, Esq.
                                        John T. Philipsborn. Esq.
                                        Attorneys for Defendant Joseph Ortiz

Dated: July 23, 2012              /s/
                                        Richard B. Mazer, Esq.
                                        William I. Osterhoudt, Esq.
                                        Attorneys for Defendant Victor Flores

Dated: July 23, 2012              /s/
                                        David L. Andersen, Esq.
                                        Richard A. Tamor, Esq.
                                        Attorneys for Defendant Justin Whipple

Dated: July 23, 2012        /s/
                            Stuart D. Hanlon, Esq.
                            Geoffrey Rotwein, Esq.
                            Attorneys for Defendant Benjamin Campos-Gonzalez

Dated: July 23, 2012        /s/
                            Garrick S. Lew, Esq.
                            Attorney for Defendant Michael Ortiz, Jr.

Dated: July 23, 2012        /s/
                            Mary G. McNamara, Esq.
                            Attorney for Defendant Michael Ortiz, Sr.

Dated: July 23, 2012        /s/
                            Linda A. Fullerton, Esq.
                            Attorney for Defendant Armando Acosta

Dated: July 23, 2012        /s/
                            Kenneth H. Wine, Esq.
                            Attorney for Defendant Giovanni Rimando Ascencio

Dated: July 23, 2012        /s/
                            Galia A. Phillips
                            Attorney for Defendant Raymond Hembry

Dated: July 23, 2012        /s/
                            Alan A. Dressler, Esq.
                            Attorney for Defendant James Hembry

Dated: July 23, 2012        /s/
                            Edwin K. Prather, Esq.
                            Attorney for Defendant Richard Martinez

Dated: July 23, 2012        /s/
                            Lidia Stiglich, Esq.
                            Attorney for Defendant Rodrigo Aguayo

Dated: July 23, 2012        /s/
                            Frank Bell, Esq.
                            Attorney for Defendant Gregorio Guzman

Dated: July 23, 2012        /s/
                            George C. Boisseau, Esq.
                            Attorney for Defendant Mario Bergren

Dated: July 23, 2012        /s/
                            Paul Wolf, Esq.
                            Attorney for Defendant Andrew Bryant

Dated: July 23, 2012        /s/
                            Julia M. Jayne, Esq.
                            Attorney for Defendant Peter Davis

Dated: July 23, 2012        /s/
                            K.C. Maxwell, Esq.
                            Attorney for Defendant Louis Rodriguez

Dated: July 23, 2012        /s/
                            Robert F. Waggener, Esq.
                            Attorney for Defendant Tanya Rodriguez

Dated: July 23, 2012        /s/
                            Suzanne M. Morris, Esq.
                            Attorney for Defendant Betty Ortiz


IT IS SO ORDERED.

Dated: July 24, 2012        _____
                            HON. SUSAN ILLSTON
                            United States District Judge