IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00119 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| JOSEPH ORTIZ, *et al.*, | |
| Defendants. | |

The Court hereby REFERS all pending and future discovery disputes, and associated management issues, to Magistrate Judge Beeler for decision in the first instance.

**IT IS SO ORDERED.**

Dated: August 8, 2012

SUSAN ILLSTON
United States District Judge