IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JOSEPH ORTIZ, et al.,<br><br>　　　Defendants. | **Case No. CR-12-0119-SI**<br><br>**[PROPOSED] ORDER FILING UNDER SEAL EXHIBITS D AND E TO DEFENDANT'S MOTION FOR CASE MANAGEMENT ORDER COMPELLING GOVERNMENT TO PRODUCE WITHHELD NON-JENCKS DISCOVERY PURSUANT TO A HEIGHTENED PROTECTIVE ORDER FOR CONFLICT INQUIRY AND SEALING ORDER** |

For good cause shown and the reasons stated in Joseph Ortiz's Motion to File Under Seal, IT IS HEREBY ORDERED that Exhibits D and E to Mr. Ortiz's Motion for Case Management Order Compelling Government to Produce Withheld Non-Jencks Discovery Pursuant to a Heightened Protective Order, Docket 430, shall be filed under seal.

Dated: 12/10/2012　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge