1  STEVEN KALAR
   Federal Public Defender
2  SHAWN HALBERT, ESQ. - SBN 179023
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   JOHN T. PHILIPSBORN, ESQ. - SBN 83944
6  Law Offices of John T. Philipsborn
   507 Polk Street, Suite 350
7  San Francisco, California 94102
   Telephone:(415) 771-3801
8  JPhilipsbo@aol.com

9  Counsel for Defendant JOSEPH ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0119 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND P~~ROPOSED~~ ORDER |
| | ) | RE BRIEFING AND HEARING |
| v. | ) | SCHEDULES (RE MOTIONS, DOCKET |
| | ) | NOS. 430, 437) |
| JOSEPH ORTIZ et al, | ) | |
| | ) | Court: Honorable Susan Illston |
| Defendant. | ) | |
| | ) | |
| | ) | |

**STIPULATION**

The parties submit this stipulation and proposed order to alter the briefing and/or hearing schedules in two motions filed by Joseph Ortiz that are pending before this Court.

Joseph Ortiz's Motion for Case Management Order Compelling Government to Produce Withheld Non-Jencks Discovery Pursuant to a Protective Order, Docket 430 (to which the government responded in Docket No. 436), is set for hearing on December 20, 2012. The parties

jointly stipulate that the hearing date for this motion shall be continued to January 11, 2013 with defendant's reply brief due on January 8, 2013.

Joseph Ortiz's Motion for Order for Inspection and Copying of Jury Records With Supporting Authority, Docket 437, is set for hearing on January 11, 2013. The parties jointly stipulate that the hearing date for this motion shall remain on January 11, 2013 but the government's opposition brief will not be due until January 4, 2013.

The parties' next date before this court is December 20, 2012, with items on the agenda including severance and trial grouping issues. This stipulation does not affect that court date or those issues.

Dated: 12/18/12

    MELINDA HAAG
    United States Attorney

    /s/
    ACADIA SENESE
    W.S. WILSON LEUNG
    Assistant United States Attorneys

Dated: 12/18/12

    /s/
    SHAWN HALBERT
    JOHN PHILIPSBORN
    Attorneys for Defendant Joseph Ortiz

# ~~PROPOSED~~ ORDER

For good cause shown and in light of the stipulation of the parties, IT IS HEREBY ORDERED that hearing on Joseph Ortiz's Motion for Case Management Order Compelling Government to Produce Withheld Non-Jencks Discovery Pursuant to a Protective Order, Docket 430, shall be continued to January 11, 2013. Defendant's reply brief shall be due on January 8, 2013. The government's opposition brief to Joseph Ortiz's Motion for Order for Inspection and Copying of Jury Records With Supporting Authority, Docket 437, shall be due on January 4, 2013.

The parties' next date before this court remains December 20, 2012, with items on the agenda including severance and trial grouping issues.

IT IS SO ORDERED.

Dated: 12/18/2012

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge