ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant TANYA RODRIGUEZ

**IT IS SO ORDERED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12 0119 SI |
| Plaintiff, | **DEFENDANT RODRIGUEZ' WAIVER OF APPEARANCE** |
| v. | Date: February 8, 2013 |
| TANYA RODRIGUEZ, | Time: 12:00 p.m. |
| Defendant. | Crtrm: 10 (Hon. Susan Illston) |

TO: UNITED STATES OF AMERICA; WILSON LEUNG AND ACADIA SENESE, UNITED STATES ATTORNEYS; AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant Tanya Rodriguez has consulted with her attorney and has chosen to waive her right to appear at the above captioned hearing. Ms. Rodriguez has an MRI medical procedure scheduled for February 8, 2013, and cancelling and rescheduling the procedure would delay the treatment and diagnosis of Ms. Rodriguez' significant medical problems. For that reason, Ms. Rodriguez is asking the Court to waive her appearance at the scheduled hearing set for February 8th. The United States Attorney's Office has no objection to the waiver of Ms. Rodriguez' appearance.

\\\

\\\

\\\

DEFENDANT RODRIGUEZ' WAIVER
OF APPEARANCE

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. § 3161-3174 (Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without Defendant being present.

Dated: February 5, 2013                                     Respectfully submitted,

                                                            _____
                                                            ROBERT WAGGENER
                                                            Attorney for Defendant
                                                            TANYA RODRIGUEZ


Dated: February 5, 2013                                     _____
                                                            TANYA RODRIGUEZ