46 minutes

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 11/7/13

Case No.   CR-12-0119 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JOSEPH ORTIZ ( C) (P)

Attorneys:   Acadia Senese, Wilson Leung          Shawn Halbert

Deputy Clerk:  Tracy Kasamoto   Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Sentence - HELD

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED                                                         PART

Case continued to 2/28/14 @ 11:00 a.m.   for Status Re: Restitution


ORDERED AFTER HEARING:
SENTENCE: 5 consecutive life terms plus 60 years.

Breakdown by terms of imprisonment:
Life: Counts - 1,10,11,12, and combined 17 and 18.
10 years concurrent: Counts 2, 3, 5, 6, 7, 8, 13, 14, 15, and 16
10 years consecutive: Count 9
5 years concurrent: Count 20
20 years concurrent: Counts 21, 22, 23, 24, and 26
25 years consecutive: Count 25 and 27
(J&C will set forth which counts to run consecutive/concurrent with each other)

No term of supervised release is imposed.

Special Assessment: $2,500.00

No Fine

Victim Impact Statements provided by: 1) Carmen Ruiz, 2) Gonzalo Avalos and 3) Ruby Omos  (sp. Int: Jose Gutierrez)