1 DAVID L. ANDERSEN (S.B. NO. 50010)
ANDERSEN & ZIMMER
2 385 GRAND AVENUE, SUITE 300
OAKLAND, CA 94610
3 (510)835-4952 FAX (510)835-4958

4 ATTORNEY FOR JUSTIN WHIPPLE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff(s), <br><br> v. <br><br> JOSEPH ORTIZ, et al. <br><br> Defendant(s). | Action No. CR 12-0119 SI <br><br> **[PROPOSED] ORDER** |

**THERE BEING NO OPPOSITION** AND **GOOD CAUSE HAVING BEEN SHOWN, IT IS HERE BY ORDERED** that David Andersen, counsel for JUSTIN WHIPPLE, may disclose defendants' Reply to the Government Opposition to the Motion to Compel (Doc. No 839) to counsel for AT&T, RICHARD VARTAIN.

**IT IS SO ORDERED**

Dated: 1/13/14

_____
Honorable Susan Illston
United States District Court
Northern District of California

Defendant's Application to Unseal Filing
U.S. v. Joseph Ortiz, et al. CR 12-0119 SI  - 3 -