United States District Court
Northern District of California

# Document Locator

*Case Number:* CR 12-119 SI

*Date Filed:* September 30, 2014

Document:

*Reporter Transcript:*
*Trial Exhibits:* X PLAINTIFF'S TRIAL EXHIBITS (Three Bankers Boxes)
*Lodged Documents:*
*Sealed Documents:*
*Declaration(s):*
*Other:*

Location:

*Expando File (next to case file):*
*Overflow Shelf:*
*Vault*
*Other:*

**Document Number:**

Shelf 6